**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO: 20-CV-21770-KMW

WESTCHESTER SURPLUS LINES INSURANCE COMPANY; ILLINOIS UNION INSURANCE COMPANY,

    Plaintiffs,

v.

SUMMERS FIRE SPRINKLERS, INC.; LATITUDE ON THE RIVER CONDOMINIUM ASSOCIATION, INC.

    Defendants.

---

**DEFENDANT, LATITUDE ON THE RIVER CONDOMINIUM ASSOCIATION, INC.'S MOTION TO DISMISS, OR ALTERNATIVELY, MOTION TO STAY**

---

NOW COMES Defendant, Latitude on the River Condominium Association, Inc. (the "Association"), by and through undersigned counsel and respectfully moves the Court to dismiss this action against it pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, or alternatively stay this action. In support of the Motion, the Association relies on the arguments and authorities contained in Defendant, Summers Fire Sprinklers, Inc.'s Motion to Dismiss, or Alternatively, Motion to Stay and Incorporated Memorandum of Law and exhibits attached thereto (DE 10), which the Association expressly adopts and incorporates by reference herein, to show the Court that the action asserted against the Association fails under applicable law.

WHEREFORE, the Association respectfully requests that the Court dismiss all claims against it in this action, or alternatively stay this action, and grant the Association such other and further relief as the Court deems just and proper.

Dated: August 25, 2020

        SIEGFRIED RIVERA

        /s/ Nicholas D. Siegfried
        Nicholas D. Siegfried Esq.
        Florida Bar No. 27020
        201 Alhambra Circle, 11th Floor
        Coral Gables, Florida 33134
        Tel. (305) 442-3334
        Fax (305) 443-3292
        E-Mail: nsiegfried@siegfriedrivera.com
                 jrodgers@siegfriedrivera.com
                 sjohnson@siegfriedrivera.com

## CERTIFICATE OF SERVICE

I, Nicholas D. Siegfried, certify that I served a copy of this on counsel identified below via email at the noted addresses on August 25, 2020.

| | |
|---|---|
| **CLYDE & CO US LLP** | **BOYLE, LEONARD & ANDERSON, P.A.** |
| Attorneys for Plaintiffs | Attorneys for Summers Fire Sprinklers, Inc. |
| Sina Bahadoran (Florida Bar No. 523364) | Mark A. Boyle (Florida Bar No. 005886) |
| Junaid N. Savani (Florida Bar No.88816) | Amanda K. Anderson (Florida Bar No. 0091297) |
| 1221 Brickell Avenue | 2050 McGregor Blvd. |
| Suite 1600 | Fort Myers, Florida 33901 |
| Miami, Florida 33131 | E-Mail: EService@Insurance-Counsel.com; |
| E-Mail: sina.bahadoran@clydeco.us; | MBoyle@Insurance-Counsel.com; |
| Junaid.savani@clydeco.us | AAnderson@Insurance-Counsel.com |

　　　　　　　　　　　　　　　　　　　　/s/ Nicholas D. Siegfried
　　　　　　　　　　　　　　　　　　　　　　Nicholas D. Siegfried