**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO: 20-CV-21770-KMW

WESTCHESTER   SURPLUS   LINES
INSURANCE   COMPANY;   ILLINOIS
UNION INSURANCE COMPANY,

      Plaintiffs,

v.

SUMMERS  FIRE  SPRINKLERS,  INC.;
LATITUDE     ON     THE     RIVER
CONDOMINIUM ASSOCIATION, INC.

      Defendants.

---

**DEFENDANT, LATITUDE ON THE RIVER CONDOMINIUM ASSOCIATION, INC.'S REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, MOTION TO STAY**

---

COMES NOW Defendant, Latitude on the River Condominium Association, Inc. (the "Association"), by and through undersigned counsel and hereby files this Reply to Plaintiffs', Westchester Surplus Lines Insurance Company ("Westchester") and Illinois Union Insurance Company ("IUIC") (collectively "Plaintiffs"), Response in Opposition to Defendants' Motion to Dismiss, or Alternatively, Motion to Stay, and in support thereof, would state as follows:

The Association relies on the arguments and authorities contained in Defendant, Summers Fire Sprinklers, Inc.'s Reply to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss, or Alternatively, Motion to Stay and Incorporated Memorandum of Law [DE 27], which the Association expressly adopts and incorporates by reference herein, to show the Court that the action asserted against the Association fails under applicable law.

- 2 -

WHEREFORE, the Association respectfully requests that the Court dismiss all claims against it in this action, or alternatively stay this action, and grant the Association such other and further relief as the Court deems just and proper.

Dated: September 10, 2020

SIEGFRIED RIVERA

 /s/ Nicholas D. Siegfried
Nicholas D. Siegfried Esq.
Florida Bar No. 27020
201 Alhambra Circle, 11th Floor
Coral Gables, Florida 33134
Tel. (305) 442-3334
Fax (305) 443-3292
E-Mail: nsiegfried@siegfriedrivera.com
        jrodgers@siegfriedrivera.com
        sjohnson@siegfriedrivera.com

Siegfried Rivera
201 Alhambra Circle, Eleventh Floor, Coral Gables, FL  33134-5108 • 305-442-3334 • Fax  305-443-3292

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I, Nicholas D. Siegfried, certify that I served a copy of this on counsel identified below

via email at the noted addresses on September 10, 2020.

| | |
|---|---|
| **CLYDE & CO US LLP** | **BOYLE, LEONARD & ANDERSON, P.A.** |
| Attorneys for Plaintiffs | Attorneys for Summers Fire Sprinklers, Inc. |
| Sina Bahadoran (Florida Bar No. 523364) | Mark A. Boyle (Florida Bar No. 005886) |
| Junaid N. Savani (Florida Bar No.88816) | Amanda K. Anderson (Florida Bar No. 0091297) |
| 1221 Brickell Avenue | |
| Suite 1600 | 2050 McGregor Blvd. |
| Miami, Florida 33131 | Fort Myers, Florida 33901 |
| E-Mail: sina.bahadoran@clydeco.us; | E-Mail: EService@Insurance-Counsel.com; |
| Junaid.savani@clydeco.us | MBoyle@Insurance-Counsel.com; |
| | AAnderson@Insurance-Counsel.com |

       __/s/ Nicholas D. Siegfried_____
        Nicholas D. Siegfried

**Siegfried Rivera**
**201 Alhambra Circle, Eleventh Floor, Coral Gables, FL  33134-5108 • 305-442-3334 • Fax  305-443-3292**