UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21770-CIV-WILLIAMS

WESTCHESTER SURPLUS LINES INS. CO., *et al.*,

    Plaintiffs,

v.

SUMMERS FIRE SPRINKLERS, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 31) on Defendants' Motions to Dismiss (DE 10; DE 17). Defendants filed objections to the Report. (DE 32; DE 33).

Having reviewed the Report, the record, Defendants' objections, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 31) is **AFFIRMED AND ADOPTED**.

2. Defendants' Motions to Dismiss (DE 10; DE 17) are **DENIED** as set forth in the Report.

3. Defendants shall answer the Complaint within fourteen (14) days of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 19th day of March, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE